FILED
FEB 17 2016
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Council of Co-Owners of the Altamont Manor Condominium | DATE  2/17/2016 at 10:00 AM |
| Debtor(s). | |
| The Council of Co-Owners of the Altamont Manor Condominium | CASE NO.  13-256 |
| Plaintiff(s), | |
| v. | CHAPTER NO.  7 |
| Benjamin Valentine | AP NO.  14-10028 |
| Defendant(s). | |

| none | none |
|---|---|
| Attorney for Plaintiff | Attorney for Defendant |

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____    TRIAL TIME: _____

NATURE OF PROCEEDINGS:    ☐ Core    ☐ Non-Core

MEDIATION MATERIALS:    ☐ Distributed    ☐ Withheld

COMMENTS:    Continued to 4/27/2016 at 10:30 AM

_S. Martin Teel, Jr._
S. MARTIN TEEL, JR.
United States Bankruptcy Judge