FILED
APR 27 2016
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

The Council of Co-Owners of the
Altamont Manor Condominium                    DATE   April 27, 2016 at 10:30 AM
          Debtor(s).

The Council of Co-Owners of the
Altamont Manor Condominium                    CASE NO.   13-256
          Plaintiff(s),

v.                                            CHAPTER NO.   7

Benjamin Valentine                            AP NO.   14-10028
          Defendant(s).

_/s/ Sherman_____               _____
Attorney for Plaintiff                    Attorney for Defendant

SCHEDULING CONFERENCE MINUTES

PARTIES CONSENT TO BANKR. JUDGE DECIDING ISSUES: _____

DISCOVERY COMPLETION DATE: _____

DEADLINE FOR DISCLOSING EXPERTS: _____

DEADLINE FOR DICLOSING REBUTTAL EXPERTS: _____

DEADLINE FOR MOTIONS: _____

DEADLINE FOR OPPOSING MEMORANDA: _____

DEADLINE FOR REPLY MEMORANDA: _____

DEADLINE FOR PRE-TRIAL STATEMENTS: _____

DEADLINE FOR OBJECTIONS TO EXHIBITS/WITNESSES: _____

PRE-TRIAL CONFERENCE DATE: _____

TRIAL DATE: _____        TRIAL TIME: _____

NATURE OF PROCEEDINGS:             ☐ Core        ☐ Non-Core

MEDIATION MATERIALS:               ☐ Distributed    ☐ Withheld

COMMENTS:   R. 7041 m. of dismissal to be filed.

_/s/ M.T._____
S. MARTIN TEEL, JR.
United States Bankruptcy Judge